

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, and as Representative of the Estates of Rudolph Chavez, Sr. (Deceased) and Rudolph Chavez, Jr. (Deceased), and as Next Friend of Joel Chavez, a minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez, Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY CO.** and Jose Juarez, Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellants' second motion for extension of time is GRANTED. We ORDER appellants to file their brief on or before October 29, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court